

**SO ORDERED.**

**SIGNED this 5 day of January, 2022.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| CHRISTOPHER S. HARRISON, | ) | CASE NO. 19-05730-5-SWH |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| EBENCONCEPTS COMPANY, | ) | |
| ORCHESTRATE HR, INC., | ) | |
| AND MOUZON BASS, III, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 21-00011-5-SWH |
| CHRISTOPHER S. HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JUDGMENT

This matter comes before the court upon the Complaint filed by EbenConcepts Company aka EbenConcepts, Inc., ("EbenConcepts") Orchestrate HR, Inc. ("Orchestrate"), and Mouzon Bass, III ("Bass") (collectively, "Plaintiffs"), on February 5, 2021, seeking denial of the discharge of the Defendant, Christopher S. Harrison ("Defendant"), pursuant to 11 U.S.C. § 727(a)(2), (a)(3),

2

(a)(4) and (a)(5). The court conducted a trial in Raleigh, North Carolina on December 13, 15, 16, 17, 20, and 21, 2021, and on January 3, 2022. After considering the evidence presented and the arguments of counsel and setting forth the findings of fact and conclusions of law in Memorandum Opinion Denying Discharge, the court order, adjudges, and decrees as follows:

1. Judgment be, and hereby is, entered in favor of Plaintiffs; and

2. Defendant be, and hereby is, denied a discharge under 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4).

**END OF DOCUMENT**