UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER S. HARRISON, ) | |
| ) | |
| Appellant, ) | |
| v. ) | |
| ) | **JUDGMENT** |
| EBENCONCEPTS, INC., ) | |
| ORCHESTRATE HR, INC., and ) | |
| MOUZON BASS, ) | |
| ) | |
| Appellees. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's judgment denying discharge. The clerk shall close the case.

**This Judgment Filed and Entered on February 7, 2023, and Copies To:**

| | |
|---|---|
| Kathleen M. O'Malley | (via CM/ECF electronic notification) |
| George Mason Oliver | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |
| Gregory Byrd Crampton | (via CM/ECF electronic notification) |
| John Borden Ward | (via CM/ECF electronic notification) |

DATE　　　　　　　　　　　　　　　　**PETER A. MOORE, JR., CLERK**

February 7, 2023　　　　　　　　　　　By:　/s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　Deputy Clerk